

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIPA DE LOS ANGELES-MORENO, a.k.a. Felipa Moreno, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-73834 <br><br> Agency No. A099-474-682 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2013[**]

Before:     GOODWIN, WALLACE, and GRABER, Circuit Judges.

Felipa De Los Angeles-Moreno, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

her motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying De Los Angeles-Moreno's motion to reopen as untimely because it was filed nearly two years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and De Los Angeles-Moreno failed to demonstrate changed circumstances in El Salvador to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 988-89 (evidence submitted with motion to reopen must show conditions are qualitatively different than at time of hearing); *see also Almaraz v. Holder*, 608 F.3d 638, 640 (9th Cir. 2010) (change in petitioner's health was a change in personal circumstances, not a change in country conditions sufficient to excuse an untimely motion to reopen).

**PETITION FOR REVIEW DENIED.**